# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

United States of America

vs.

Gustavo Adolfo Cardenas-Hernandez

CRIMINAL COMPLAINT
CASE: 19-36543MP
Citizenship: GUATEMALA

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about October 13, 2019, at or near Sasabe, Arizona, in the District of Arizona, Gustavo Adolfo CARDENAS-Hernandez, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

On or about October 23, 2019, agents found Gustavo Adolfo CARDENAS-Hernandez in the United States of America at or near Null, Arizona without the proper immigration documents. Furthermore, Gustavo Adolfo CARDENAS-Hernandez admitted to illegally entering the United States of America from Mexico on or about October 13, 2019, at or near Sasabe, Arizona at a time and place other than designated by immigration officials.

File Date: 10/24/2019

at Tucson, Arizona

Ubaldo G Soto, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 10/24/2019

**Jacqueline M. Rateau
Magistrate Judge**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                 CASE: 19-36543MP

vs.

Gustavo Adolfo Cardenas-Hernandez

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Gustavo Adolfo Cardenas-Hernandez, was represented by counsel, Rodolfo Valenzuela (CJA).

The defendant pled guilty to the Complaint on 10/24/2019. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 10/13/2019 |

As pronounced on 10/24/2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Thursday, October 24, 2019.

Jacqueline M. Rateau
Magistrate Judge

Arresting Agency: TCA

| | |
|---|---|
| UNITED STATES DISTRICT COURT | **JUDGE'S MINUTES** |
| DISTRICT OF ARIZONA - TUCSON | |

Date: 10/24/2019     Case Number: 19-36543MP

USA vs. **Gustavo Adolfo Cardenas-Hernandez**
Magistrate Judge: JACQUELINE M. RATEAU     Judge AO Code: 70BN
ASSIGNED U.S. Attorney: Divyesh Lalloobhai
INTERPRETER REQ'D: Juan Radillo, Spanish
Attorney for Defendant: Rodolfo Valenzuela (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense     [X] Date of Arrest: **10/23/2019**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of **TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.
[ ] Waiver of right to appeal explained.

OTHER: Rodolfo Valenzuela (CJA) is appointed as attorney of record for defendant. Defendant claims credible fear and requests an interview to assist in asylum claim.

Recorded by Courtsmart     COP: 1
BY: Amanda Smith     Sent: 0
       Deputy Clerk     IA: 0
          Start: 1:30 PM Stop: 2:51 PM